IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**CLOVIS DANIEL MORTON**                                                **PLAINTIFF**

**VS.**                        **CIVIL ACTION NO.: 1:22-cv-00065-GHD-DAS**

**THE CITY OF CORINTH,**                                        **DEFENDANTS**
**MISSISSIPPI, ET AL.**

## ORDER DENYING AS MOOT DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS AND DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

Pursuant to an opinion issued this day, it is hereby ORDERED that:

(1) the Defendants' motion for judgment on the pleadings [Doc. No. 40] is DENIED without prejudice as MOOT;

(2) the Plaintiff is ORDERED to file an Amended Complaint within twenty-one (21) days of today's date in accordance with the Court's opinion; and

(3) if they so choose, the Defendants may refile a renewed Motion to Dismiss or Motion for Judgment on the Pleadings after the filing of the Plaintiff's Amended Complaints.

SO ORDERED, this, the 14th day of July, 2023.

                                                         /s/ Glen H. Davidson
                                                         SENIOR U.S. DISTRICT JUDGE